Order entered January 3, 2017



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01441-CR

**THOMAS FRED BONNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-34236-V**

## ORDER

The Court has before it appellant's December 22, 2016 pro se motion to appoint counsel. The Court **GRANTS** the motion as follows.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date

of this order.  We further **ORDER** that the supplemental clerk's record contain the trial court's completed certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d).

We **ABATE** the appeal to allow the trial court to comply with the order.  The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/      ADA BROWN
JUSTICE